# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HYUN JU SHIN, et al.,** | **OLD CASE 1:18-CV-0381 LJO BAM** |
| Plaintiffs | **NEW CASE 1:18-CV-0381 AWI SKO** |
| v. | |
| **ROBERT YOUNG YOON, et al.,** | **ORDER RELATING & REASSIGNING CASE** |
| Defendants | |

The court finds that the above-captioned action is related to *Shin et al. v. Yoon, et al.*, 1:17-CV-1371 AWI SKO within the meaning of Local Rule 123(a)(1) (cases are related where both cases both actions involve the same parties and are based on the same or a similar claim) and Local Rule 123(a)(4) (cases are related where there would be substantial duplication of labor if the actions were heard by different judges). Because reassignment of this action to a single district judge and magistrate judge is likely to affect a savings of judicial effort and economy, it is appropriate to reassign this action. See Local Rule 123(c).

Accordingly, IT IS HEREBY ORDERED that:

1. Pursuant to Local Rule 123(c), this case is REASSIGNED from Chief District Judge Lawrence J. O'Neill and Magistrate Judge Barbara A. McAuliffe to Senior District Judge Anthony W. Ishii and Magistrate Judge Sheila K. Oberto; and

2. The new case number in this matter, which the parties shall use for all future filings, is: 1:18-CV-0381 AWI SKO.

IT IS SO ORDERED.

Dated: June 1, 2018                                 _____
                                                                    SENIOR DISTRICT JUDGE