B. Christine Park, SBN234689
**CHRISTINE PARK LAW FIRM, APC**
11040 Bollinger Canyon Road, Suite E-202
San Ramon, CA 94582
Tel: (323) 578-6957; Fax: (213) 289-1977
boksoonpark@gmail.com
Attorneys for Defendants and Counter-Complainants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SU JUNG SHIN and HYUN JU SHIN,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT YOUNG YOON; KYOUNG MEE YOON; KYOUNG SUP YOON; Y & Y PROPERTY MANAGEMENT, INC., THE VICTUS GROUP, INC.; BLACKSTONE SEATTLE, LLC; YOON & YOON INVESTMENTS, LLC; and DOES 2 through 20, inclusive,<br><br>Defendants. | Case No. 1:18-cv-00381 AWI SKO<br><br>Complaint Filed: March 21, 2018<br>Trial Date: May 19, 2020<br><br>**STIPULATION AND** [PROPOSED] **ORDER RE: STAY OF ENTIRE CASE AGAINST REMAINING PARTIES**<br><br>**[**Submitted concurrently with Notice of Settlement; Stipulation and [Proposed] Order for Good Faith Settlement; and [Proposed] Stipulated Judgment**]** |
| BOB YOUNG YOON, erroneously sued as Robert Young Yoon, as an individual and as a successor-in interest to Young Soon Yoon's estate; Y&Y PROPERTY MANAGEMENT, INC., a California Corporation; KYOUNG MEE YOON, an individual; and KYOUNG SUP YOON, an individual,<br><br>Counter-Complainants,<br><br>v.<br><br>SU JUNG SHIN, an individual, and HYUN JU SHIN, an individual,<br><br>Counter-Defendants. | |

A signed version of the following stipulation was filed on August 28, 2019:

**STIPULATION AND [PROPOSED] ORDER
RE: STAY OF ENTIRE CASE AGAINST REMAINING PARTIES**

# STIPULATION RE: STAY OF ENTIRE CASE AGAINST REMAINING PARTIES

IT IS HEREBY STIPULATED by and between Plaintiffs SU JUNG SHIN and HYUN JU SHIN ("Plaintiffs") and Defendants, BOB YOUNG YOON ("BOB"), Y&Y PROPERTY MANAGEMENT, INC. ("YY PROPERTY"), YOON & YOON INVESTMENTS, LLC ("YYI"), THE VICTUS GROUP, INC. ("VICTUS"), BLACKSTONE SEATTLE, LLC ("BLACKSTONE"), KYOUNG SUP YOON ("SUP") AND KYOUNG MEE YOON ("MEE") (collectively, "Defendants") (altogether, "Parties"), through their counsel of record, as follows:

1. Whereas the Parties have entered into a settlement agreement; and

2. Whereas Plaintiffs SU JUNG SHIN and HYUN JU SHIN and defendants BOB YOUNG YOON, Y&Y PROPERTY MANAGEMENT, INC. and YOON & YOON INVESTMENTS, LLC have agreed to enter into a Stipulated Judgment for a payment of $1,700,000.00 to Plaintiffs by October 30, 2020.

3. The Parties stipulate to a stay of the entire case (First Amended Complaint and Counter-Complaint) against the remaining defendants THE VICTUS GROUP, INC., BLACKSTONE SEATTLE, LLC, KYOUNG SUP YOON and KYOUNG MEE YOON and Counter-defendants SU JUNG SHIN and HYUN JU SHIN until October 30, 2020.

4. This Stipulation may be presented with separate signature pages and by facsimile.

Dated: August 20, 2019            CHRISTINE PARK LAW FIRM, APC

By: _____
B. Christine Park, Esq.
Attorney for Defendants and Counter-Complainants Bob Young Yoon, YY Property Management, Inc., Kyoung Mee Yoon, Kyoung Sup Yoon, The Victus Group, Inc., and Blackstone Seattle, LLC

Dated: August __, 2019					GOLDBERG SEGALLA, LLP

					By: _____

					David Y. Choi, Esq.
					Attorney for Plaintiffs and Counter-Defendants Su Jung Shin and Hyun Ju Shin

After consideration, the Court will give effect to the above stipulation.

**ORDER**

GOOD CAUSE HAVING BEEN SHOWN AND THE PARTIES HAVING STIPULATED TO THE SAME, the Court finds that the above-stated STIPULATION is sanctioned by the Court and shall be and now is the Order of the Court. Plaintiffs' First Amended Complaint against Defendants KYOUNG MEE YOON, KYOUNG SUP YOON, THE VICTUS GROUP, INC. and BLACKSTONE SEATTLE, LLC, and the Counter-Complainants' Counter-Complaint against Counter-Defendants SU JUNG SHIN and HYUN JU SHIN have been stayed until October 30, 2020.

IT IS SO ORDERED.

Dated:   September 10, 2019			_____
					SENIOR DISTRICT JUDGE